J. K. Beasley, Harlan, for appellants.

J. D. Buckman, Jr., Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from the Harlan Circuit Court by Charley Saylor and Jack Lester Simpson from a judgment convicting them of the offense of possessing alcoholic and intoxicating beverages in local option territory for the purpose of sale and fixing their punishment at a fine of $50 and confinement in jail for a period of 30 days.

A consideration of the record and of the points raised in appellants' brief has failed to disclose any error prejudicial to appellants' substantial rights. The motion is overruled and the judgment is affirmed.

HOGG, J., not sitting.

Elijah M. Hogge, Morehead, for appellant.

J. D. Buckman, Jr., Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

The appellant has filed a motion for an appeal from a judgment upon a conviction for unlawfully having in possession intoxicating liquor for sale in local option territory. The punishment was fixed at a $100 fine and thirty days in jail. The record has been examined and no prejudicial error has been found.

The motion for appeal is denied and the judgment is affirmed.

**Proctor. Virgil WATSON, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

May 13, 1955.

**A. O. WOODS et al., Appellant,**

**v.**

**R. M. MASON, Appellee.**

Court of Appeals of Kentucky.

May 13, 1955.